

FILED

06/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0616

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0616

BENJAMIN M. DARROW,

        Petitioner and Appellant,

v.

THE EXECUTIVE BOARD OF THE MISSOULA
COUNTY DEMOCRATIC CENTRAL COMMITTEE,
and DAVID KENDALL, individually, and in his position
as Chair of the MISSOULA COUNTY DEMOCRATIC
CENTRAL COMMITTEE,

        Defendants and Appellees.

FILED

JUN 29 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Through counsel, Appellees Executive Board of the Missoula County Democratic Central Committee and David Kendall (hereinafter MCDCC) move this Court for dismissal of this appeal because self-represented Appellant Benjamin M. Darrow (Darrow) failed to file his Opening Brief by the Court-ordered deadline of June 2, 2021. MCDCC states that Darrow is an attorney and that he did file his brief on June 3, 2021. M. R. App. P. 13(3). Darrow responds in opposition and states that his brief was filed late by two hours and eleven minutes due to difficulties in filing electronically. Darrow puts forth that MCDCC was not harmed by the delay. In a June 22, 2021 Order, this Court granted leave to MCDCC to file its reply brief.

Upon review of the Motion, Response and Reply, this Court is not going to dismiss an appeal because a brief was electronically filed late by 131 minutes. "While we are predisposed to give pro se litigants considerable latitude in proceedings, that latitude cannot be so wide as to prejudice the other party[.]" *First Bank (N.A.)-Billings v. Heidema*, 219 Mont. 373, 376, 711 P.2d 1384, 1386 (1986). We conclude that no prejudice has been demonstrated here. Therefore,

IT IS ORDERED that MCDCC's Motion to Dismiss is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record.

DATED this 29 day of June, 2021.

_____
Chief Justice

_____

_____

_____

_____
Justices